UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR, | Court File No. 25-cv-754-LMP-JFD |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| Nancy Sanders Harper, M.D. et al., | |
| Defendants. | |

Plaintiff William Reynolds, Defendants Sarah Elizabeth Lucken, M.D., Seth Cheng Silbert, M.D., Mohamed Tabsin A. Jouhari, M.D., and Hennepin Healthcare System, Inc. ("HHS Defendants"), Defendants Hennepin County and Britta Nicholson ("County Defendants"), and Defendant The Board of Regents of the University of Minnesota ("University of Minnesota"), by and through their respective counsel, hereby stipulate and agree to the following:

1. WHEREAS, Plaintiff filed this action on February 27, 2025;

2. WHEREAS, Plaintiff filed an Amended Complaint on March 31, 2025;

3. WHEREAS, the Court may extend the time to answer or otherwise respond to the Complaint for good cause, *see* Fed. R. Civ. P. 6(b);

4. WHEREAS, counsel for Plaintiff and respective counsel for Defendants met and conferred on issues related to waiver of service of the Amended Complaint and the

time for Defendants herein to respond to Plaintiff's Amended Complaint, and the parties have agreed to cooperate on these issues;

5. WHEREAS, Defendant University of Minnesota executed a waiver of service on April 29, 2025 (ECF No. 11);

6. WHEREAS, the HHS Defendants executed waivers of service on May 29, 2025 (ECF Nos. 15-18);

7. WHEREAS, the County Defendants executed waivers of service on May 29, 2025 (ECF Nos. 13-14); and

8. WHEREAS, counsel for Plaintiff, HHS Defendants, County Defendants, and Defendant University of Minnesota agree that the deadline for HHS Defendants, County Defendants, and Defendant University of Minnesota to answer or otherwise respond to Plaintiff's Amended Complaint may be extended until August 1, 2025.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Stipulation that the Court may enter an Order that states that the HHS Defendants, County Defendants, and Defendant University of Minnesota shall answer or otherwise respond to Plaintiff's Amended Complaint on or before August 1, 2025.

**STIPULATED TO BY:**

Dated: <u>May 30, 2025</u>　　　　　　　　　　***Law Offices of J.M. Reinan, PC***

　　　　　　　　　　　　　　　　　　　　*/s/Jerome M. Reinan*
　　　　　　　　　　　　　　　　　　　　JEROME M. REINAN (#24322X)
　　　　　　　　　　　　　　　　　　　　JORDANA GRIFF GINGRASS (#0504949)
　　　　　　　　　　　　　　　　　　　　1437 High Street
　　　　　　　　　　　　　　　　　　　　Denver, CO 80218
　　　　　　　　　　　　　　　　　　　　Telephone: (303) 894-0383
　　　　　　　　　　　　　　　　　　　　jreinan@reinanlaw.com
　　　　　　　　　　　　　　　　　　　　jgingrass@reinanlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*


***Mary F. Moriarty***
***Hennepin County Attorney***



***For the HHS Defendants:***

Dated: <u>May 30, 2025</u>　　　　　　　　　　By: *s/Marissa K. Linden*
　　　　　　　　　　　　　　　　　　　　MARISSA K. LINDEN (#0395564)
　　　　　　　　　　　　　　　　　　　　Assistant Hennepin County Attorneys
　　　　　　　　　　　　　　　　　　　　A-13 Government Center
　　　　　　　　　　　　　　　　　　　　300 South Sixth Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55487
　　　　　　　　　　　　　　　　　　　　Telephone: (612) 348-4782
　　　　　　　　　　　　　　　　　　　　Marissa.Linden@hennepin.us

　　　　　　　　　　　　　　　　　　　　*Attorneys for the HHS Defendants*

*For the County Defendants:*

Dated: May 30, 2025

By: */s/Kelly K. Pierce*
KELLY K. PIERCE (#0340716)
Assistant Hennepin County Attorneys
A-13 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5518
Kelly.Pierce@hennepin.us

*Attorneys for the County Defendants*

*For Defendant University of Minnesota:*

Dated: May 30, 2025

By: */s/Timothy J. Pramas*
TIMOTHY J. PRAMAS (#0240321)
LISA BEANE (#0395219)
Office of the General Counsel
University of Minnesota
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455
Pram0001@umn.edu
Bean0040@umn.edu

*Attorneys for Defendant The Board of Regents of the University of Minnesota*

4