UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR,<br><br>              Plaintiff,<br><br>v.<br><br>Nancy Sanders Harper, M.D.; Hennepin County; Fairview Health Services; The Board of Regents of the University of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University of Minnesota Physicians d/b/a U of M Physicians; the University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, M.D.; Seth Cheng Silbert, M.D.; Mohamed Tabsin A. Jouhari, M.D.,<br><br>              Defendants. | Court File No. 25-cv-754-LMP-JFD<br><br>**[PROPOSED] ORDER ON THE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

The parties filed a stipulation, Dkt. No. 19, to give Defendants Sarah Elizabeth Lucken, M.D., Seth Cheng Silbert, M.D., Mohamed Tabsin A. Jouhari, M.D., and Hennepin Healthcare System, Inc. ("HHS Defendants"), Hennepin County and Britta Nicholson ("County Defendants"), and The Board of Regents of the University of Minnesota ("University of Minnesota") an extension of time to Answer or otherwise respond to the Amended Complaint.

2

**IT IS HEREBY ORDERED:** HHS Defendants, County Defendants, and Defendant University of Minnesota shall Answer or otherwise respond to the Amended Complaint on or before August 1, 2025.

Dated: _____      _____
JOHN F. DOCHERTY
U.S. Magistrate Judge
District of Minnesota