# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, | Case No. 25-cv-754 (LMP/JFD) |
| Plaintiff, | |
| v. | |
| NANCY SANDERS HARPER, et al., | |
| Defendants. | |

| | |
|---|---|
| MARIA ALEJANDRA RAMIREZ RODRIGUEZ, CRISTIAN RAMIREZ GUZMAN, | Case No. 25-cv-2266 (JWB/SGE) |
| Plaintiffs, | |
| v. | |
| NANCY SANDERS HARPER, et al., | |
| Defendants. | |

## ORDER

Case No. 25-cv-754 having been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge John F. Docherty, and Case No. 25-cv-2266 having later been assigned to U.S. District Judge Jerry W. Blackwell and U.S. Magistrate Judge Shannon G. Elkins, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-2266 be assigned to Judge Provinzino and Magistrate Judge Docherty, *nunc pro tunc*, and the Clerk of Court is

directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: June 2, 2025

*s/Jerry W. Blackwell*
Jerry W. Blackwell
United States District Judge

Dated: June 2, 2025

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge