## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WILLIAM REYNOLDS, individually;
as Spouse of Sywia Pawlak Reynolds;
and as Next Frind of their minor
children, AMR, WR, and AR,

               Plaintiff,

    vs.

Nancy Sanders Harper, MD; Hennepin
County; Fairview Health Services; The
Board of Regents of the University Of
Minnesota; Hennepin Healthcare
System, Inc., d/b/a Hennepin County
Medical Center; Otto Bremer Trust;
The University Of Minnesota
Physicians d/b/a U of M Physicians;
The University of Minnesota
Foundation d/b/a U of M Foundation;
Britta Nicholson; Sarah Elizabeth
Lucken, MD; Seth Cheng Silbert, MD;
Mohamed Tahsin A. Jouhari, MD,

               Defendants.

**Case No. 25-CV-754-LMP-JFD**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Todd L. Hennen of the law firm MADEL PA, 800

Pence Building, 800 Hennepin Avenue, Minneapolis, Minnesota 55403, hereby enters his

appearance in the above-captioned matter on behalf of Defendant Fairview Health

Services.

1

DATED:  June 17, 2025                    Respectfully Submitted,


                                         **MADEL PA**
                                         By:  */s/ Todd L. Hennen*
                                         Christopher W. Madel (#230297)
                                         Todd L. Hennen (#398710)
                                         800 Pence Building
                                         800 Hennepin Avenue
                                         Minneapolis, MN  55403
                                         Telephone: 612-605-0630
                                         cmadel@madellaw.com
                                         thennen@madellaw.com

                                         *Attorneys for Defendant Fairview Health
                                         Services*