UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, individually; as Spouse of Sywia Pawlak Reynolds; and as Next Frind of their minor children, AMR, WR, and AR,<br><br>Plaintiff,<br><br>vs.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University Of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University Of Minnesota Physicians d/b/a U of M Physicians; The University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>Defendants. | Case No. 25-CV-754-LMP-JFD<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Christopher W. Madel of the law firm MADEL PA, 800 Pence Building, 800 Hennepin Avenue, Minneapolis, Minnesota 55403, hereby enters his appearance in the above-captioned matter on behalf of Defendant Fairview Health Services.

DATED:  June 17, 2025                    Respectfully Submitted,


                                         **MADEL PA**
                                         By:  */s/ Christopher W. Madel*
                                         Christopher W. Madel (#230297)
                                         Todd L. Hennen (#398710)
                                         800 Pence Building
                                         800 Hennepin Avenue
                                         Minneapolis, MN  55403
                                         Telephone: 612-605-0630
                                         cmadel@madellaw.com
                                         thennen@madellaw.com

                                         *Attorneys for Defendant Fairview Health Services*