UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, individually; as Spouse of Sywia Pawlak Reynolds; and as Next Friend of their minor children, AMR, WR, and AR, | Court File No.: 25-CV-754-LMP-JFD |
| Plaintiff, | |
| vs. | **DEFENDANTS FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
| Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University Of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University Of Minnesota Physicians d/b/a U of M Physicians; The University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fairview Health Services states that it has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

1

DATED:  June 18, 2025                        Respectfully Submitted,
**MADEL PA**

By */s/ Todd L. Hennen*
Christopher W. Madel (#230297)
Todd L. Hennen (#398710)
800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
cmadel@madellaw.com
thennen@madellaw.com

*Attorneys for Defendant Fairview Health Services*