# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, individually; as Spouse of Sywia Pawlak Reynolds; and as Next Friend of their minor children, AMR, WR, and AR,<br><br>Plaintiff,<br><br>v.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University Of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University Of Minnesota Physicians d/b/a U of M Physicians; The University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>Defendants. | Case No. 25-CV-754-LMP-JFD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND FAIRVIEW HEALTH SERVICE'S TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Before the Court is the Stipulation submitted by Fairview Health Services ("Fairview") (Dkt. # 30) seeking to grant Fairview an extension of time to answer or otherwise respond to the Amended Complaint. Based on all the files, records, and proceedings herein, the Court finds good cause for the requested extension and will grant the motion.

**IT IS HEREBY ORDERED**: that Fairview shall answer or otherwise respond to the Amended Complaint on or before August 1, 2025.

1

DATED: _____, 2025          By: _____

                                                                          JOHN F. DOCHERTY  
                                                                          U.S. Magistrate Judge  
                                                                          District of Minnesota