# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR, | Court File No. 25-cv-754-LMP-JFD |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Nancy Sanders Harper, M.D. et al., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that David C. Archer of the law firm Lathrop GPM LLP, 3100 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, hereby enters his appearance in the above-captioned matter on behalf of Defendant University of Minnesota Foundation.

Dated: June 20, 2025

Respectfully submitted,

**LATHROP GPM LLP**

/s/ *David C. Archer*
David C. Archer (MN #0399150)
3100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Fax: (612) 632-4000
david.archer@lathropgpm.com

*Attorney for the University of Minnesota Foundation*

80462321v1