# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR, | Court File No. 25-cv-754-LMP-JFD |
| Plaintiff, | |
| v. | **DEFENDANT UNIVERSITY OF MINNESOTA FOUNDATION'S RULE 7.1 DISCLOSURE STATEMENT** |
| Nancy Sanders Harper, M.D. et al., | |
| Defendants. | |

___

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant University of Minnesota Foundation states that it has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated: June 20, 2025

Respectfully submitted,

**LATHROP GPM LLP**

/s/ *David C. Archer*
David C. Archer (MN #0399150)
3100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Fax: (612) 632-4000
david.archer@lathropgpm.com

*Attorney the University of Minnesota Foundation*

80462337v1