UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR,<br><br>                Plaintiff,<br><br>v.<br><br>Nancy Sanders Harper, M.D. et al.,<br><br>                Defendants. | Court File No. 25-cv-754-LMP-JFD<br><br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

_____

Plaintiff William Reynolds and Defendant University of Minnesota Foundation ("UMF"), by and through their respective counsel, hereby stipulate and agree to the following:

1. WHEREAS, Plaintiff filed this action on February 27, 2025;

2. WHEREAS, Plaintiff filed an Amended Complaint on March 31, 2025;

3. WHEREAS, the Court may extend the time to answer or otherwise respond to the Complaint for good cause, *see* Fed. R. Civ. P. 6(b);

4. WHEREAS, counsel for Plaintiff and UMF met and conferred on issues related to waiver of service of the Amended Complaint and the time for UMF herein to respond to Plaintiff's Amended Complaint, and the parties have agreed to cooperate on these issues;

5. WHEREAS, Defendant University of Minnesota Foundation executed a waiver of service on June 6, 2025 (ECF No. 27);

80393215v2

6. WHEREAS, on June 5, 2025, the Court entered an order extending the deadline to August 1, 2025 for other Defendants to respond to the Amended Complaint (ECF. No. 26.);

7. WHEREAS, counsel for Plaintiff and UMF agree that the deadline to answer or otherwise respond to Plaintiff's Amended Complaint may be extended until August 1, 2025.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the parties to this Stipulation that the Court may enter an Order that states that UMF shall answer or otherwise respond to Plaintiff's Amended Complaint on or before August 1, 2025.

**STIPULATED TO BY:**

Dated: June 20, 2025                    *Law Offices of J.M. Reinan, PC*

                                          /s/ *Jerome M. Reinan*
                                          JEROME M. REINAN (#24322X)
                                          JORDANA GRIFF GINGRASS (#0504949)
                                          1437 High Street
                                          Denver, CO 80218
                                          Telephone: (303) 894-0383
                                          jreinan@reinanlaw.com
                                          jgingrass@reinanlaw.com

                                          *Attorney for Plaintiff*

Dated: June 20, 2025                    **LATHROP GPM LLP**

                                          /s/ *David C. Archer*

2

80393215v2

David C. Archer (MN #0399150)
3100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3000
Fax: (612) 632-4000
david.archer@lathropgpm.com

*Attorney for the University of Minnesota Foundation*