# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR, | Court File No. 25-cv-754-LMP-JFD |
| Plaintiff, | **[PROPOSED] ORDER ON THE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| v. | |
| Nancy Sanders Harper, M.D. et al., | |
| Defendants. | |

On June 20, 2025, the Plaintiff William Reynolds and Defendant University of Minnesota Foundation filed a stipulation to give Defendant University of Minnesota Foundation an extension of time to Answer or otherwise respond to the Amended Complaint.

**IT IS HEREBY ORDERED:** Defendant University of Minnesota Foundation shall Answer or otherwise respond to the Amended Complaint on or before August 1, 2025.

Dated: _____          _____
                                          JOHN F. DOCHERTY
                                          U.S. Magistrate Judge
                                          District of Minnesota

80393199v1