# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, | Case No. 25-cv-754 (LMP/JFD) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| Nancy Sanders Harper et al., | |
| Defendants. | |
| | |
| Maria Alejandra Ramirez Rodriguez et al., | Case No. 25-cv-2266 (LMP/JFD) |
| Plaintiffs, | |
| v. | |
| Nancy Sanders Harper et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in these matters.

Dated: June 20, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge