UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, *individually*;<br>*as spouse of Sylwia Pawlak Reynolds*;<br>*and as parent of their minor children,*<br>*AMR, WR, and AR*,<br><br>    Plaintiff,<br><br>v.<br><br>Nancy Sanders Harper, et al.,<br><br>    Defendants. | Case. No. 25-cv-754 (LMP/DTS)<br><br>**ORDER OF RECUSAL** |
| Maria Alejandra Ramirez Rodriguez,<br>Cristian Ramirez Guzman,<br>*individually and as next friends of their*<br>*minor son, IR*,<br><br>    Plaintiffs,<br><br>v.<br><br>Nancy Sanders Harper, et al.,<br><br>    Defendants. | Case. No. 25-cv-2266 (LMP/DTS)<br><br>**ORDER OF RECUSAL** |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: June 25, 2025               s/ David T. Schultz
                                   DAVID T. SCHULTZ
                                   U.S. Magistrate Judge