# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, *individually; as Spouse of Sylwia Pawlak Reynolds; and as parent of their minor children, AMR, WR, and AR*, | Case No. 25-cv-754 (LMP/SGE) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| NANCY SANDERS HARPER, MD; HENNEPIN COUNTY; FAIRVIEW HEALTH SERVICES; THE BOARD OF REGENTS OF THE UNIVERSITY OF MINNESOTA; HENNEPIN HEALTHCARE SYSTEM, INC., *d/b/a Hennepin County Medical Center*; OTTO BREMER TRUST; THE UNIVERSITY OF MINNESOTA PHYSICIANS *d/b/a U of M Physicians*; THE UNIVERSITY OF MINNESOTA FOUNDATION *d/b/a U of M Foundation*; BRITTA NICHOLSON; SARAH ELIZABETH LUCKEN, MD; SETH CHENG SILBERT, MD; MOHAMED TAHSIN A. JOUHARI, MD, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of the University of Minnesota Foundation (ECF No. 44).  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** against Defendant

University of Minnesota Foundation. Plaintiff and University of Minnesota Foundation shall bear their own costs and fees.

Dated: July 30, 2025                             *s/ Laura M. Provinzino*
                                                 Laura M. Provinzino
                                                 United States District Judge