UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, individually; as Spouse of Sylwia Pawlak Reynolds; and as Next Friend of their minor children, AMR, WR, and AR,<br><br>Plaintiff,<br><br>vs.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University Of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University Of Minnesota Physicians d/b/a U of M Physicians; The University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>Defendants. | Case No. 25-CV-754-LMP-SGE<br><br><br><br><br><br>**DEFENDANT FAIRVIEW HEALTH SERVICES'S MOTION TO DISMISS** |

TO: The Administrator of the Above-Named Court; Plaintiff William Reynolds through his counsel Jerome M. Reiman, 1437 High Street, Denver, CO 80218 and all other parties through their counsel of record.

Defendant Fairview Health Services moves the Court to dismiss all counts asserted against it for lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, and abstention under *Younger v. Harris*, 401 U.S. 37 (1971). This motion is made pursuant to Federal Rule of Civil Procedure 12(b) and is based upon

1

the files, records, and proceedings herein, including the memorandum of law to be filed and served contemporaneously herewith.

DATED:  August 1, 2025

Respectfully Submitted,
**MADEL PA**
By:  */s/ Todd L. Hennen*
Christopher W. Madel (#230297)
Todd L. Hennen (#398710)
800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
cmadel@madellaw.com
thennen@madellaw.com

*Attorneys for Defendant Fairview Health Services*