UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, individually; as Spouse of Sylwia Pawlak Reynolds; and as Next Friend of their minor children, AMR, WR, and AR,<br><br>Plaintiff,<br><br>vs.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University Of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University Of Minnesota Physicians d/b/a U of M Physicians; The University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>Defendants. | Case No. 25-CV-754-LMP-SGE<br><br>**DEFENDANT FAIRVIEW HEALTH SERVICE'S MEET AND CONFER STATEMENT FOR MOTION TO DISMISS** |

I, Todd L. Hennen, representing Defendant Fairview Health Services, hereby certify I met and conferred in good faith with Plaintiffs' counsel on July 30, 2025, to discuss Defendant Fairview Health Services Motion to Dismiss, by leaving a voicemail and emailing counsel. I did not receive a response upon the date of this filed motion.

1

DATED:  August 1, 2025                     Respectfully Submitted,
**MADEL PA**
By:  */s/ Todd L. Hennen*
Christopher W. Madel (#230297)
Todd L. Hennen (#398710)
800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
cmadel@madellaw.com
thennen@madellaw.com

*Attorneys for Defendant Fairview Health Services*