# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, individually; as spouse of Sylwia Pawlak Reynolds; and as next friend of their minor children, AMR, WR, and AR, | Case No. 0:25-cv-754-LMP-JFD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING HHS DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| Nancy Sanders Harper, M.D., et al., | |
| Defendants. | |

This matter came before the Court on Defendants Sarah Elizabeth Lucken, M.D., Seth Cheng Silbert, M.D., Mohamed Tabsin A. Jouhari, M.D., and Hennepin Healthcare System, Inc.'s ("HHS Defendants") Motion to Dismiss.

Based upon the written submissions and the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. HHS Defendants' Motion to Dismiss is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

Let judgment be entered accordingly.

BY THE COURT:

Dated: _____     _____
The Honorable Laura M. Provinzino
U.S. District Judge, District of Minnesota