# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, individually; as Spouse of Sylwia Pawlak Reynolds; and as Next Friend of their minor children, MAR, WR, and AR,<br><br>  Plaintiff,<br><br>vs.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University of Minnesota Physicians d/b/a U of M Physicians; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>  Defendants. | Civil File No.: 25-CV-754-LMP-JFD<br><br><br><br>**[PROPOSED] ORDER** |

This matter came on for hearing before the undersigned Honorable Judge Laura M. Provinzino on Defendants Nancy Sanders Harper, MD, and University of Minnesota Physicians' Motion to Dismiss Plaintiff's Amended Complaint. Appearances were noted on the record.

Based upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:**

That Defendants Nancy Sanders Harper, MD, and University of Minnesota Physicians' Motion to Dismiss Plaintiff's Amended Complaint is hereby GRANTED. Plaintiff's Amended Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

                                          **BY THE COURT:**

Dated: _____, 2025   _____
                                                                Laura M. Provinzino
                                                               United States District Judge