UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, | Case No. 25-cv-754 (LMP/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy Sanders Harper *et al.*, | |
| Defendants. | |

The Complaint in this matter was filed on February 27, 2025 (Dkt. 1), and a Summons was issued on February 28, 2025. (Dkt. 4.) Plaintiff then filed an Amended Complaint on March 31, 2025, and a summons was issued on April 24, 2025. (Dkts. 7, 9.) More than ninety (90) days have elapsed since the Amended Complaint was filed and there is no record that the Amended Complaint has been served on Defendant Otto Bremer Trust as required under Rules 4(c) and 4(m) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED** that Plaintiff shall:

1. Serve Defendant Otto Bremer Trust with copies of Summons and Complaint and file proof of service of the same within ten (10) days of the date of this Order; and

2. Notify Otto Bremer Trust that it is required to answer or otherwise respond to the Complaint within the time required under Rule 12(a) of the Federal Rules of Civil Procedure; or

3. Advise the undersigned in writing of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action under Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: August 8, 2025                               *s/ Shannon G. Elkins*
                                                    SHANNON G. ELKINS
                                                    United States Magistrate Judge