UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WILLIAM REYNOLDS, *individually; as Spouse of Sylwia Pawlak Reynolds; and as parent of their minor children, AMR, WR, and AR*, | Case No. 25-cv-754 (LMP/SGE) |
| Plaintiff, | **ORDER OF DISMISSAL OF OTTO BREMER TRUST** |
| v. | |
| NANCY SANDERS HARPER, MD; HENNEPIN COUNTY; FAIRVIEW HEALTH SERVICES; THE BOARD OF REGENTS OF THE UNIVERSITY OF MINNESOTA; HENNEPIN HEALTHCARE SYSTEM, INC., *d/b/a Hennepin County Medical Center*; OTTO BREMER TRUST; THE UNIVERSITY OF MINNESOTA PHYSICIANS *d/b/a U of M Physicians*; BRITTA NICHOLSON; SARAH ELIZABETH LUCKEN, MD; SETH CHENG SILBERT, MD; MOHAMED TAHSIN A. JOUHARI, MD, | |
| Defendants. | |

---

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of the Otto Bremer Trust (ECF No. 74). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** against Defendant Otto Bremer Trust. Plaintiff and the Otto Bremer Trust shall bear their own costs and fees.

Dated: August 15, 2025

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge