# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Reynolds, individually; as Spouse of Sylwia Pawlak Reynolds; and as Next Friend of their minor children, AMR, WR, and AR<br><br>Plaintiff<br><br>vs.<br><br><br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; The University of Minnesota Physicians d/b/a U of M Physicians; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>Defendants. | Case No. 25-CV-754-LMP-SGE<br><br><br><br><br>**NOTICE OF DISMISSAL OF DEFENDANT FAIRVIEW HEALTH SERVICES** |

THE PLAINTIFF, William Reynolds, by and through counsel, the Law Offices of J.M. Reinan, P.C., hereby Notifies the Court and Defendants of his DISMISSAL of all claims against Defendant Fairview Health Services. This Notice of Dismissal shall not affect any remaining claims or parties.

Submitted this 22nd day of September, 2025.

    LAW OFFICES OF J.M. REINAN

    /s/ Jerome M. Reinan

    _____
    Jerome M. Reinan, #24322X
    1437 High St.
    Denver, CO 80218
    jreinan@reinanlaw.com
    (303)894.0383