## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| William Reynolds, individually; as Spouse of Sylwia Pawlak Reynolds; and as Next Friend of their minor children, MAR, WR, and AR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Nancy Sanders Harper, MD; Hennepin County; Fairview Health Services; The Board of Regents of the University of Minnesota; Hennepin Healthcare System, Inc., d/b/a Hennepin County Medical Center; Otto Bremer Trust; The University of Minnesota Physicians d/b/a U of M Physicians; the University of Minnesota Foundation d/b/a U of M Foundation; Britta Nicholson; Sarah Elizabeth Lucken, MD; Seth Cheng Silbert, MD; Mohamed Tahsin A. Jouhari, MD,<br><br>　　　　Defendants. | Civil File No.: 25-CV-754-LMP-JFD<br><br><br>**NANCY SANDERS HARPER, MD, AND UNIVERSITY OF MINNESOTA PHYSICIANS'** *AMENDED* **NOTICE OF HEARING** |

**PLEASE TAKE NOTICE** that on January 6, 2026, at 9:30 a.m., Defendants Nancy Sanders Harper, MD and University of Minnesota Physicians will bring a Motion to Dismiss this action before the Honorable Laura M. Provinzino of United States District Court, for the District of Minnesota, U.S. Courthouse, Warren E. Burger Federal Building, 316 N. Robert Street, Courtroom 3A, St. Paul, Minnesota 55101, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure.

2

                                            **BASSFORD REMELE**
                                            *A Professional Association*

Date:  September 25, 2025        */s/ Mark R. Whitmore*
                                              Mark R. Whitmore (#232439)
                                              Nicolas L. Hanson (#402685)
                                              100 South 5th Street, Suite 1500
                                              Minneapolis, MN 55402-1254
                                              (612) 333-3000
                                              mwhitmore@bassford.com
                                              nhanson@bassford.com

                                              *Attorneys for Nancy Sanders Harper, MD, and the University of Minnesota Physicians*