UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM REYNOLDS, | Case No. 25-cv-754 (LMP/SGE) |
| Plaintiff, | |
| v. | |
| NANCY SANDERS HARPER et al., | |
| Defendants. | |

| | |
|---|---|
| BARAK SHARON, | Case No. 25-cv-4603 (DWF/SGE) |
| Plaintiff, | |
| v. | |
| NANCY SANDERS HARPER et al., | |
| Defendants. | |

### ORDER

Case No. 25-cv-754 having been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge Shannon G. Elkins, and Case No. 25-cv-4603 having later been assigned to U.S. District Judge Donovan W. Frank and U.S. Magistrate Judge Shannon G. Elkins, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-4603 be assigned to Judge Provinzino, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: December 15, 2025                    *s/Laura M. Provinzino*
                                            Laura M. Provinzino
                                            United States District Judge

Dated:  December 15, 2025                   *s/Donovan W. Frank*
                                            Donovan W. Frank
                                            United States District Judge