# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

WILLIAM REYNOLDS,                          Case No. 25-cv-754 (LMP/SGE)

      Plaintiff,

v.

NANCY SANDERS HARPER et al.,

      Defendants.

BAZAK SHARON,                               Case No. 25-cv-4603 (DWF/SGE)

      Plaintiff,

v.

NANCY SANDERS HARPER et al.,

      Defendants.

## AMENDED ORDER

Case No. 25-cv-754 having been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge Shannon G. Elkins, and Case No. 25-cv-4603 having later been assigned to U.S. District Judge Donovan W. Frank and U.S. Magistrate Judge Shannon G. Elkins, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-4603 be assigned to Judge Provinzino, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: December 17, 2025          *s/Laura M. Provinzino*
                                  Laura M. Provinzino
                                  United States District Judge

Dated: December 17, 2025          *s/Donovan W. Frank*
                                  Donovan W. Frank
                                  United States District Judge