Law Offices of

# J.M. Reinan, P.C.

1437 High Street   |   Denver, Colorado 80218   |   phone: (303) 894-0383   |   fax: (303) 894-0384   |   web: reinanlaw.com

May 4, 2026

The Honorable Shannon G. Elkins
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:     *Reynolds v. Harper, et al.*
        Case No. 25-cv-00754-LMP-SGE

Dear Magistrate Judge Elkins:

I write in response to Mr. Whitmore's letter of May 1, 2026 (ECF No. 119), and to address the concerns it raises about Plaintiff's Motion for Leave to File Reply Memoranda (ECF No. 117). I do so as the attorney who signed that motion.

At the outset, I owe the Court — and I owe defense counsel — an apology. The Meet-and-Confer Statement on ECF No. 117 inaccurately stated that I had conferred with Mr. Whitmore on April 30, 2026, and that he had objected.

The April 30 date and the conferral language were carried over inadvertently from drafting work in the parallel *Ramirez v. Harper* matter, where Plaintiffs filed the same supporting declarations in a different procedural posture. That is an explanation, not an excuse — the certification as filed was inaccurate, and I take full responsibility for not catching it before signing. The motion in this case was prepared and filed quickly right after we had filed a total of seven substantive briefs in this case and in *Ramirez*. I did not adequately review the certification before signing it. I should have, and I am sorry.

My understanding of Defendants' position on filing a reply memorandum was based on Mr. Whitmore's March 20, 2026 email and his May 1 motion to strike, the combination of which made Defendants' position unmistakable—Defendants objected to any reply on the motion to amend. That is what the certification should have reflected. It is not, however, an excuse for the language that was actually filed, and I do not offer it as one.

To cure these defects, Plaintiff intends to (i) withdraw ECF No. 117; (ii) contact the courtroom deputy to obtain a hearing date; (iii) conduct a meet-and-confer with all defense counsel in compliance with Local Rule 7.1(a) and the Practice Pointers; and (iv) refile the motion with a corrected Meet-and-Confer Statement. Plaintiff will undertake those steps promptly, and in any event before any further substantive filing on this issue. If the Court would prefer a different procedural path, Plaintiff will of course follow whatever direction the Court provides.

On the underlying merits, Plaintiff continues to believe there is good cause for leave to file reply memoranda — most notably because Defendants' oppositions attached six extrinsic exhibits across two declarations (ECF Nos. 105 and 109) that were never before the Court at the

Law Offices of

# J.M. Reinan, P.C.

1437 High Street | Denver, Colorado 80218 | phone: (303) 894-0383 | fax: (303) 894-0384 | web: reinanlaw.com

motion-to-dismiss stage and on which Defendants now build new arguments. Plaintiff respectfully reserves those arguments for the corrected motion, and does not ask the Court to reach them in this letter.

Finally, I want to be clear that Mr. Whitmore was right to bring the certification problem to the Court's attention. The error was mine, not his. I again apologize to the Court and to defense counsel for the inaccurate certification and for the failure to schedule a hearing date before filing.

Respectfully submitted,


/s/ Jerome M. Reinan
Jerome M. Reinan (#24322X)
LAW OFFICES OF J.M. REINAN, P.C.
Counsel for Plaintiff

cc: All Counsel of Record