# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

WILLIAM REYNOLDS, *individually; as Spouse of Sylwia Pawlak Reynolds; and as parent of their minor children, AMR, WR, and AR*,

           Plaintiff,

v.

NANCY SANDERS HARPER, *MD*,

           Defendant.

Case No. 25-cv-754 (LMP/SGE)

---

MARIA ALEJANDRA RAMIREZ RODRIGUEZ and CRISTIAN ANDRES GUZMAN DE LA OSSA, *individually and as next friends of their minor son, IR*,

           Plaintiffs,

v.

NANCY SANDERS HARPER, *MD*; HENNEPIN COUNTY; HENNEPIN HEALTHCARE SYSTEM, INC., *d/b/a Hennepin County Medical Center*; THE UNIVERSITY OF MINNESOTA PHYSICIANS, *d/b/a U of M Physicians*; MARIA KROUPINA, *PhD*; MEGAN DILLMAN, *MD*; and JACOB CHRISTENSEN,

           Defendants.

Case No. 25-cv-2266 (LMP/SGE)

---

BAZAK SHARON, *MD*,

        Plaintiff,

v.

NANCY SANDERS HARPER, *MD;*
SAMEER GUPTA, *MD*; JOSEPH
NEGLIA, *MD*; JORDAN MARMET,
*MD*; CAROLINE GEORGE, *MD*; THE
UNIVERSITY OF MINNESOTA
PHYSICIANS, *d/b/a U of M Physicians*;
FAIRVIEW HEALTH SERVICES, *d/b/a
M Health Fairview Masonic Children's
Hospital*; THE BOARD OF REGENTS
OF THE UNIVERSITY OF
MINNESOTA,

        Defendants.

Case No. 25-cv-4603 (LMP/SGE)

---

PAUL WILLIAM MARSHALL and
SARAH LOCKWOOD MARSHALL,
*individually and as parents and next
friends of their minor children, E.M. and
L.M.*,

        Plaintiffs,

v.

NANCY SANDERS HARPER, *MD*;
CHILDREN'S HEALTH CARE, *d/b/a
Children's Minnesota - St. Paul*;
UNIVERSITY OF MINNESOTA
PHYSICIANS, *d/b/a M Physicians*,

        Defendants.

Case No. 26-cv-3461 (KMM/DTS)

2

**ORDER**

Case Nos. 25-cv-754, 25-cv-2266, and 25-cv-4603, having been assigned to U.S. District Judge Laura M. Provinzino and U.S. Magistrate Judge Shannon G. Elkins, and Case No. 26-cv-3461 having later been assigned to U.S. District Judge Katherine M. Menendez and U.S. Magistrate Judge David T. Schultz, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-3461 be assigned to Judge Provinzino and Magistrate Judge Elkins, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated May 27, 2026.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: July 31, 2026                    *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge

Dated: August 3, 2026                   *s/Katherine M. Menendez*
                                        Katherine M. Menendez
                                        United States District Judge

3